IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 12-1191-1 PHX SRB |
| Plaintiff, | |
| vs. | |
| Devin Deon Ross, | **ORDER** |
| Defendant. | |

On December 21, 2016, Magistrate Judge Boyle issued a Report and Recommendation. Magistrate Judge Boyle recommended that the District Court Judge accept the finding of violation of Standard Conditions #1 and #4 of Defendant's supervised release. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

Accordingly,

IT IS ORDERED finding the Defendant in violation of Standard Conditions #1 and #4 of his supervised release terms.

IT IS FURTHER ORDERED adopting the Magistrate Judge's Findings [Doc. 69].

DATED this 5th day of January, 2017.

Susan R. Bolton
United States District Judge